# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMAN HUNSINGER, | CIVIL ACTION |
| Plaintiff, | |
| v. | No. 14-2302 |
| BRIAN P. CARR, | |
| Defendant. | |

# ORDER

**AND NOW**, this 24th day of May, 2016, upon consideration of the arguments made during the hearing conducted on April 29, 2016, regarding the issue of whether the FIRNA Arbitration Panel had jurisdiction, and all of the relevant facts taken from other court documents and proceedings conducted in this action, it is it is hereby **ORDERED** that:

1. the FINRA Arbitration Panel did have jurisdiction; and

2. Plaintiff, Norman Hunsinger's Complaint to Confirm FINRA Arbitration Award (Doc. 1) is **GRANTED** because there is no basis upon which to vacate, modify, or correct the FINRA Arbitration Award.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE